PAUL J. FISHMAN
United States Attorney
DANIEL S. KIRSCHBAUM
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2842
Fax. (973) 297-2010
Daniel.Kirschbaum@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY, UNITED STATES DEPARTMENT OF LABOR,<br><br>*Plaintiff,*<br><br>v.<br><br>LOCAL LODGE NO. 2339-N, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,<br><br>*Defendant.* | HON. KATHARINE S. HAYDEN<br><br>*Civil Action No.* 10-1891 (KSH)(PS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above-captioned action <u>without</u> prejudice, with each party bearing its own fees, costs and expenses.

                        PAUL J. FISHMAN
                        United States Attorney

By:   /s/ *Daniel S. Kirschbaum*
        DANIEL S. KIRSCHBAUM
        Assistant United States Attorney

Dated: November 4, 2010